RCC

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

**FILED
JANUARY 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 703**

In the Matter of                                                              Case Number:

SILVINA DELGADO and GLENDA M. LOPEZ,
                                   Plaintiffs,
v.
SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation registered as a foreign corporation in Illinois,
                                   Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs SILVINA DELGADO and GLENDA M. LOPEZ

**JUDGE ZAGEL
MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) Robert A. Seltzer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert A. Seltzer | |
| FIRM CORNFIELD AND FELDMAN | |
| STREET ADDRESS Suite 1400, 25 East Washington Street | |
| CITY/STATE/ZIP Chicago, IL 60602-1803 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211925 | TELEPHONE NUMBER (312) 236-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |