IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SILVINA DELGADO and GLENDA M. LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SHRINERS HOSPITALS FOR CHILDREN, a Colorado corporation registered as a foreign corporation in Illinois,<br><br>Defendant. | No. 08 C 703<br><br>Judge Zagel<br>Magistrate Judge Brown |

### NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Defendant Shriners Hospitals for Children ("Shriners"), by its attorneys, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, makes the following Disclosure Statement:

Shriners Hospitals for Children has no parent corporations, and no publicly held company owns 5 percent or more of Shriners' stock.

DATED: April 7, 2008                                    SHRINERS HOSPITALS FOR CHILDREN

                                                By:    s/ Jeremy B. Lewin
                                                       One of Its Attorneys

Donald J. McNeil, #6193106
Jeremy B. Lewin, #6269242
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (FAX)

458208v2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Affiliates Pursuant to Local 3.2 was served on this 7th day of April 2008, by electronic filing pursuant to Rule XI of the General Order on Electronic Case Filing upon:

>Robert A. Seltzer, Esq.
>Cornfield and Feldman
>25 East Washington
>Chicago, Illinois 60603

_s/ Jeremy B. Lewin_

458208v2